IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LINDA BLACK, | * |
| Plaintiff, | * |
| v. | *   CV 424-075 |
| TA OPERATING LLC, | * |
| Defendant. | * |

ORDER

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 15.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all pending motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees, unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA